**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| CHARON MILLER <br> 1310 Ashurn Dr. <br> Sandusky, OH 44870 <br>    Plaintiff, <br><br> v. <br><br> ONE MAIN FINANCIAL, <br> 6610 Mooretown Rd., Ste L <br> Williamsburg, VA 23188 <br><br>    Defendant. | ) <br> ) <br> ) <br> ) Case No 3:15-cv-2136 <br> ) <br> ) JURY DEMAND ENDORSED HEREON <br> ) <br> ) CIVIL COMPLAINT <br> ) (Unlawful Debt Collection Practices) <br> ) <br> ) <br> ) <br> ) |

  CHARON MILLER (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges the following against ONE MAIN FINANCIAL (Defendant):

## INTRODUCTION

1. Count I of Plaintiff's Complaint alleges that Defendant negligently, knowingly and/or willfully violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* (TCPA).

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 28 U.S.C. 1331.
3. Because Defendant conducts business in the State of Ohio, personal jurisdiction is established.
4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person who resides in Sandusky, Erie County, Ohio.

6. Defendant is a business entity with its principal place of business in Williamsburg, Virginia.

7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

8. Since 2015, Defendant has been placing collection calls to Plaintiff seeking and attempting to collect an alleged debt.

9. Plaintiff's alleged debt arose through a consumer credit transaction.

10. Defendant places collection calls to Plaintiff's cellular telephone at phone number (419) 370-84XX.

11. Based upon the timing and frequency of Defendant's calls and per its prior business practices, Defendant's calls were placed with an automated dialing system ("auto-dialer").

12. On or around July 16, 2015 at approximately 11:58 a.m., Plaintiff spoke with Defendant's representative "Alyssa", and requested that Defendant cease placing calls to her cellular telephone.

13. Plaintiff revoked any consent, express, implied or otherwise, to receive automated collection calls from Defendant in the course of the telephone conversation on or around July 16, 2015.

14. Despite Plaintiff's request to cease, Defendant continued to place multiple collection calls to Plaintiff.

15. Defendant placed at least sixty (60) automated collection calls to Plaintiff without prior express consent to do so.

## COUNT I
## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

16. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

17. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

18. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

19. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

20. All court costs, witness fees and other fees incurred; and

21. Any other relief that this Honorable Court deems appropriate.

October 14, 2015                                    RESPECTFULLY SUBMITTED,


                                                    /s/ David Tannehill
                                                    David Tannehill
                                                    Ohio Registration No. 0083968
                                                    Krohn & Moss, Ltd.
                                                    8043 Corporate Circle, Suite 3
                                                    North Royalton, Ohio 44133
                                                    phone: (216) 901-0609 x 203
                                                    fax: (866) 425-3459
                                                    dtannehill@consumerlawcenter.com


**DEMAND FOR JURY TRIAL**

Plaintiff, CHARON MILLER, requests a jury trial in this case.