**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| CHARON MILLER | ) | |
| | ) | Case No 3:15-cv-2136 |
| Plaintiff, | ) | |
| | ) | NOTICE OF SETTLEMENT |
| v. | ) | |
| | ) | |
| ONE MAIN FINANCIAL, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

NOW COMES Plaintiff, CHARON MILLER ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED: October 14, 2016　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　By:　/s/ David M. Tannehill
　　　　　　　　　　　　　　　　　　　David M. Tannehill
　　　　　　　　　　　　　　　　　　　Krohn & Moss, Ltd
　　　　　　　　　　　　　　　　　　　Rosewood Place
　　　　　　　　　　　　　　　　　　　1406 Westwood Ave.
　　　　　　　　　　　　　　　　　　　Suite 206
　　　　　　　　　　　　　　　　　　　Lakewood, OH 44107
　　　　　　　　　　　　　　　　　　　(216) 901-0609
　　　　　　　　　　　　　　　　　　　dtannehill@consumerlawcenter.com
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2016, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System.

          By:   /s/ David M. Tannehill
                  David M. Tannehill
                  Attorney for Plaintiff